

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER

Cause No. 01-12-00746-CV; *In re Angel Lozano*
On Appeal from the 334th District Court of Harris County, Texas
Trial Court Cause No. 2010-61483

Relator, Angel Lozano, has filed a petition for writ of mandamus. The Court requests a response to relator's petition from real parties in interest, Michael Neal, Cynthia Neal, Neal & Company, LLC, and Neal & Neal, LLC. TEX. R. APP. P. 52.4. Any response, or, in the alternative, a letter indicating that real parties in interest desire to waive their right to respond, is due to be filed in this Court by September 6, 2012.

It is so ORDERED.

Judge's signature:  /s/ Terry Jennings
           ☑ Acting individually  ☐ Acting for the Court

Date:  8/24/2012

Absent emergency or a statement that the motion is unopposed, must wait ten days before acting on motion except for motion to extend time to file a brief. *See* TEX. R. APP. P. 10.3(a).

**Note:** Single justice may grant or deny any request for relief properly sought by motion, except in a civil case a single justice should not: (1) act on a petition for an extraordinary writ or (2) dismiss or otherwise determine an appeal or a motion for rehearing. TEX. R. APP. P. 10.4(a).

1